THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Eric D. Wallace, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Richland County
James R. Barber, Plea Judge
G. Thomas Cooper, Jr., Post-Conviction
 Judge

Memorandum Opinion No.  2011-MO-021
Submitted August 3, 2011  Filed August 8,
 2011 

APPEAL DISMISSED

 
 
 
LaNelle Cantey DuRant, of the South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General Brian Petrano, all of the Office of the Attorney General, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the post-conviction relief (PCR) judges affirmative finding that
 petitioner is entitled to a belated direct appeal.   
Because there is sufficient evidence to support the PCR judges
 finding that petitioner did not knowingly and intelligently waive his right to
 a direct appeal, we grant certiorari and proceed with a review of the direct
 appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60
 (1986).
 Counsel
 for petitioner has filed a brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and a petition to be relieved as counsel.  Petitioner has not filed
 a pro se response.  After a thorough review of the record
 pursuant to Anders, supra, we dismiss the appeal and grant the
 petition to be relieved as counsel.  
DISMISSED.
 TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.